## Explanation Line 30

| | |
|---|---|
| Social Security and Medicare taxes on W-2 income | $161.00 |
| Self-employment taxes on schedule C income | $494.00 |
| Income taxes on W-2 income, Schedule C income and K-1 income/distributive share of Prime RX Med LLC | $1,912.00 |
| Total | $2,567.00 |



Line 30

1040 Tax Calculator
bankrate.com

## Your taxes are estimated at $28,889. Your outstanding tax bill $28,889.

This is 22.75% of your total income of $127,000. Your total tax payments and refundable credits for the year were $0. Your outstanding tax bill is estimated at $28,889. Your income puts you in the 28% tax bracket.



Income and Income Taxes

**Filing Status and Exemptions**

| | |
|---|---|
| Filing status | Single |
| Personal exemption | no |
| Spouse exemption | no |
| Dependents | 0 |
| Total number of exemptions claimed | 0 |

**Income**

| | |
|---|---|
| Wages, salaries, tips, etc | $25,000 |
| Taxable interest | $0 |
| Tax-exempt interest | $0 |
| Ordinary dividends (this includes any qualified dividends) | $0 |
| Qualified dividends (included in ordinary dividends above) | $0 |
| Taxable refunds or credits of state and local income taxes | $0 |
| Alimony received | $0 |
| Business income or loss (Schedule C & E subject to self-employment taxes) | $42,000 |
| Short term capital gain or loss* | $0 |
| Long term capital gain or loss* | $0 |
| Other gains or losses | $0 |

Handwritten annotations:
- ✓ $25,000 ie. W-2 income $2,100 × 12
- ie. $3500 × 12 line 8a

EXHIBIT A-1

| | |
|---|---|
| Taxable IRA distributions | $0 |
| Taxable pensions and annuity distributions | $0 |
| Income from rentals, royalties, and Schedule E (not included above) | $0 |
| Income S corporations | ✓ $60,000 |
| Farm income or loss (Schedule F) | $0 |
| Unemployment compensation | $0 |
| Taxable Social Security benefits | $0 |
| Other income | $0 |
| Total income | $127,000 |

*(handwritten: = $5,000 × 12 Distrib Share of LLC)*

**Adjusted Gross Income**

| | |
|---|---|
| Certain business expenses (form 2106) | $0 |
| Health Savings Account (HSA) deduction (form 8889) | $0 |
| Moving expenses (form 3903) | $0 |
| Self-employment tax deduction (Schedule SE) | $2,967 |
| Self-employed SEP, SIMPLE and qualified plans | $0 |
| Self-employed health insurance deduction | $0 |
| Penalty on early withdrawal of savings | $0 |
| Alimony paid | $12,000 |
| IRA deduction | $0 |
| Student loan interest deduction | $0 Based on a modified AGI of $112,033 and total allowable student loan interest of $0 |
| Domestic production activities deduction (form 8903) | $0 |
| Total adjustments | $14,967 |
| Adjusted gross income (AGI) | $112,033 |

**Tax**

| | |
|---|---|
| 65 or older? | no |
| Blind? | no |
| Spouse 65? | no |
| Spouse blind? | no |
| Total checked above | 0 |
| Married filing separately | no |
| Itemized deduction | $0 |
| Can someone claim you as a dependent? | no |
| Standard deduction | $6,100 |
| Deduction to use (higher of Standard deduction and Itemized deduction) | $6,100 |
| Deduction for exemptions | $0 |
| Taxable income | $105,933 |
| | $22,954 ✓ |
| Tax* | All taxable income was taxed using your normal income tax rates, you had no income subject to the lower long term capital gains tax rates or dividend tax rates. |

*(handwritten: ÷ 12 = $1,912.00 income tax (on W-2/Sched C/LLC share))*

| | |
|---|---|
| Alternative Minimum Tax (AMT) | $0 |
| Total with AMT | $22,954 |

### Credits

| | |
|---|---|
| Foreign tax credit (form 1116) | $0 |
| Credit for child and dependent care credit expenses (form 2441) | $0 |
| Education credits (form 8863, line 23) | $0 |
| Retirement savings contributions credit (form 8880) | $0 |
| Child tax credit | $0 Based on 0 qualifying dependents. |
| Residential energy credits (Form 5695) | $0 |
| American opportunity credit (Form 8863, non-refundable portion) | $0 |
| Other credits that are not refundable | $0 |
| Total credits that are non-refundable | $0 |
| Total tax after credits | $22,954 |

### Other Taxes

| | |
|---|---|
| Self-employment tax (Schedule SE) | $5,934 |
| Unreported Social Security and Medicare tax (forms 4137 & 5329) | $0 |
| Additional tax on IRAs and other retirement plans (form 5329) | $0 |
| Household employment taxes (Schedule H) and Advanced earned income credit (W-2 box 9) | $0 |
| Repayment 2008 first time home buyer credit (Form 5405) | $0 |
| Medicare tax sur-tax on earned income | $0 (0.9% X $0) |
| Medicare tax on investment income | $0 (3.8% X $0) |
| Total other taxes | $5,934 |
| Total tax before refundable credits | $28,889 |

*Handwritten annotation:* $5,934 ÷ 12 = $494.00

### Refundable Tax Credits

| | |
|---|---|
| Earned income credit | $0 |
| Non-taxable combat pay | $0 |
| Reduction for Scholarships, penal income, and retirement income | $0 |
| Number of qualifying children | 0 |
| Lived in the U.S? | yes |
| Qualified child of another? | no |
| Age 25 to 65? | yes |
| Additional child tax credit (form 8812) | $0 |
| American opportunity credit (Form 8863, line 14 refundable portion) | $0 |
| Other credits that are refundable, including credit for prior year AMT (Form 8801) and other refundable credits and payments | $0 |
| Total refundable credits | $0 |

### Total Tax Due and Tax Payments

| | |
|---|---|
| Total tax | $28,889 |
| Federal income tax withheld on Forms W-2 and 1099 | $0 |
| Estimated tax payments and amount applied on last year's return | $0 |
| Excess Social Security and RRTA tax withheld | $0 |
| Any other payments including amount paid with request for extension | $0 |
| Total payments | $0 |
| Your outstanding tax bill | $28,889 |

*Any amount you enter as a short-term capital gain is taxed as normal income. Any amount you enter as a long-term capital gain or dividend is taxed as follows:

- 0% if your ordinary income marginal tax rate is 10% or 15%
- 15% if your ordinary income marginal tax rate is greater than 15% and less than 39.6%
- 20% if your ordinary income marginal tax rate is 39.6%
- This calculator assumes that none of your long-term capital gains come from collectibles, section 1202 gains or un-recaptured 1250 gains. These types of capital gains are taxed at 28%, 28% and 25% respectively (unless your ordinary income tax bracket is a lower rate).

For more information on capital gains tax rates and how they are applied, you may wish to read IRS Publication 17: Your Federal Income Taxes.

Information and interactive calculators are made available to you as self-help tools for your independent use and are not intended to provide investment advice. We cannot and do not guarantee their applicability or accuracy in regards to your individual circumstances. All examples are hypothetical and are for illustrative purposes. We encourage you to seek personalized advice from qualified professionals regarding all personal finance issues.



**■ CLOSE WINDOW**

| | |
|---|---|
| **Taxable Income** | $108132 |
| Adjusted Gross income (AGI) | $124032 |
| Greater of itemized or std. deduction | $12000 |
| Personal exemptions | $3900 |
| **Taxes and nonrefundable credits** | $29504 |
| Regular tax | $23570 |
| Alternative minimum tax (AMT) | $0 |
| Child care credit | $0 |
| Nonrefundable American Opportunity Credit | $0 |
| Lifetime learning credit | $0 |
| Child tax credit | $0 |
| Other credits | $0 |
| Tax after credits | $23570 ÷ 12 = $1964 |
| Self-employment tax | $5934 ÷ 12 = $494 |
| Medicare surtax | $0 |
| Net Investment Tax | $0 |
| **Payments and refundable credits** | |
| Earned income credit (EIC) | $0 |
| Additional child tax credit | $0 |
| Refundable American Opportunity Credit | $0 |
| Federal income taxes withheld | $0 |
| Estimated taxes | $0 |
| **You will owe** | $29504 |



EXHIBIT A-2



-12 = $1891

Based on the information you previously entered, your anticipated income tax for 2013 is $22,693. and your projected withholding is $0 Your anticipated underpayment is $22,693. Since it's December, any changes to your withholding that you request on Form W-4 may not go into effect until next year.

You should try to have your withholding match your actual tax liability because if not enough tax is withheld, you will owe tax at the end of the year and may have to pay interest and a penalty. The amounts of your anticipated income tax and underpayment indicate that you might be liable for such a penalty, which you may be able to avoid or reduce by making an estimated tax payment as soon as possible. For more information see Publication 505, Tax Withholding and Estimated Tax (use the link at the bottom of this page or the search area to the left to get an electronic copy).

**Tip** Be sure to review your withholding at the beginning of 2014 (or any time there is a change in your tax situation). If you follow the above recommendation and do not check your withholding at the beginning of next year, your withholding for 2014 might be incorrect.

Following is a recap of information entered on the preceding pages on which the above advice is based.
Prepared: December 20, 2013

| | |
|---|---|
| Filing Status: single | Someone else can claim you as a dependent: no |
| Number of jobs: 1 | Number of dependents: 0 |
| Will you be 65 or older 1/1/2014: no | Are you blind: no |
| Child & dependent care credit qualifying persons: 0 | Child & dependent care credit expenses: $0 |
| Eligible children for child tax credit: 0 | Other credits: $0 |
| Total salary: $25,000 | Total plans and cafeteria: $0 |
| Total tax withheld to date: $0 | Total tax withheld from last check: $0 |
| Total earned Income other than salary: $42,000 | Nonwage Income: $60,000 |
| Adjustments to income: $12,000 | Total itemized deductions: $0 |
| Projected additional withholding if you do nothing: $0 | |

Start Over

Page 5 of 5



EXHIBIT
A-3

© 2012 IRS

| Fill in this information to identify your case: | | | | |
|---|---|---|---|---|
| Debtor 1 | Mark | A. | Mincy | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA | | | |
| Case number (if known) | 13-37142-BKC | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I
## Schedule I: Your Income                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | consultant | |
| Employer's name | Prime RX Med LLC | |
| Employer's address | Miami, Florida | |
| | Number  Street | Number  Street |
| | City    State    Zip Code | City    State    Zip Code |
| How long employed there? | | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $2,100.00 | W-2 income |
| 3. Estimate and list monthly overtime pay. | + $0.00 | |
| 4. Calculate gross income. Add line 2 + line 3. | $2,100.00 | |

**EXHIBIT A-4**

Official Form B 6I                          Schedule I: Your Income                          page 1

| Debtor 1 | Mark | A. | Mincy | Case number (if known) | 13-37142-BKC-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here ......................................................................... → | | 4. | $2,100.00 | |
| 5. | List all payroll deductions: | | | | |
| | 5a. Tax, Medicare, and Social Security deductions | | 5a. | ($161.00) *Employment taxes on W-2 income* | |
| | 5b. Mandatory contributions for retirement plans | | 5b. | $0.00 | |
| | 5c. Voluntary contributions for retirement plans | | 5c. | $0.00 | |
| | 5d. Required repayments of retirement fund loans | | 5d. | $0.00 | |
| | 5e. Insurance | | 5e. | $0.00 | |
| | 5f. Domestic support obligations | | 5f. | $0.00 | |
| | 5g. Union dues | | 5g. | $0.00 | |
| | 5h. Other deductions. Specify: _____ | | 5h. + | $0.00 | |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | | 6. | $161.00 ✓ | |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | | 7. | $1,939.00 | |
| 8. | List all other income regularly received: | | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | | 8a. | $3,500.00 *self-employment income* | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | | |
| | 8b. Interest and dividends | | 8b. | $0.00 | |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | 8c. | $0.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | | |
| | 8d. Unemployment compensation | | 8d. | $0.00 | |
| | 8e. Social Security | | 8e. | $0.00 | |
| | 8f. Other government assistance that you regularly receive | | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | | |
| | Specify: _____ | | 8f. | $0.00 | |
| | 8g. Pension or retirement income | | 8g. | $0.00 | |
| | 8h. Other monthly income. Specify: See continuation sheet | | 8h. + | $5,167.00 | |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | | 9. | $8,667.00 | |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $10,606.00 + _____ = | $10,606.00 |
| 11. | State all other regular contributions to the expenses that you list in Schedule J. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | | | |
| | Specify: _____ | | | 11. + | $0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies. | | | 12. | $10,606.00 Combined monthly income |
| 13. | Do you expect an increase or decrease within the year after you file this form? | | | | |
| | ☑ No. None. | | | | |
| | ☐ Yes. Explain: | | | | |

Debtor 1   **Mark**              **A.**              **Mincy**                           Case number (if known)   **13-37142-BKC-LMI**
           First Name          Middle Name         Last Name

1. **Additional Employers**   **Debtor 1**                                    **Debtor 2 or non-filing spouse**

   Occupation            **Consultant**
   Employer's name       **Prime RX Med LLC**
   Employer's address    **Miami, Florida**

                         City                    State    Zip Code           City                    State    Zip Code

   How long employed there?   **5 years**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8h. | Other Monthly Income (details) | | |
| | Est. tax refund | $0.00 | |
| | Prime RX Med LLC | $5,000.00 | |
| | Guidepoint Global 1099 income | $167.00 | |
| | Totals: | $5,167.00 | |

*(handwritten note next to $5,000.00: "K-1 distributive share of Prime RX Med LLC")*

Official Form B 6I                          Schedule I: Your Income                                       page 3

| Debtor 1 | Mark | A. | Mincy | Case number (if known) | 13-37142-BKC-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

8a. Attached Statement (Debtor 1)

## Healthcare Consultants Pharmacy

**Gross Monthly Income:** $3,500.00

| Expense | Category | Amount |
|---|---|---|

**Total Monthly Expenses** $0.00

**Net Monthly Income:** $3,500.00

Fill in this information to identify your case:

| Debtor 1 | Mark | A. | Mincy |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): 13-37142-BKC

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses        12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?

   ☐ No
   ☒ Yes. Fill out this information for each dependent...........

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 15 | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4.   $2,300.00

   If not included in line 4:

   4a. Real estate taxes   4a.   _____
   4b. Property, homeowner's, or renter's insurance   4b.   _____
   4c. Home maintenance, repair, and upkeep expenses   4c.   _____
   4d. Homeowner's association or condominium dues   4d.   _____

Official Form B 6J          Schedule J: Your Expenses          page 1

| Debtor 1 | Mark | A. | Mincy | | Case number (if known) | 13-37142-BKC-LMI |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Your expenses**

| | | |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans ............ 5. | |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas .................................................. 6a. | $100.00 |
| | 6b. Water, sewer, garbage collection ............................................ 6b. | |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services ............ 6c. | $165.00 |
| | 6d. Other. Specify: _____ 6d. | |
| 7. | Food and housekeeping supplies .................................................. 7. | $400.00 |
| 8. | Childcare and children's education costs ......................................... 8. | |
| 9. | Clothing, laundry, and dry cleaning ............................................... 9. | $110.00 |
| 10. | Personal care products and services .............................................. 10. | |
| 11. | Medical and dental expenses ...................................................... 11. | $300.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. ........ 12. | $350.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books .............. 13. | $50.00 |
| 14. | Charitable contributions and religious donations ................................. 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance .......................................................... 15a. | |
| | 15b. Health insurance ....................................................... 15b. | $500.00 |
| | 15c. Vehicle insurance ...................................................... 15c. | $100.00 |
| | 15d. Other insurance. Specify: _____ 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ 16. | |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 ............................................. 17a. | |
| | 17b. Car payments for Vehicle 2 ............................................. 17b. | |
| | 17c. Other. Specify: _____ 17c. | |
| | 17d. Other. Specify: _____ 17d. | |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I). see below | 18. |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ 19. | |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | |
| | 20a. Mortgages on other property ........................................... 20a. | |
| | 20b. Real estate taxes ....................................................... 20b. | |
| | 20c. Property, homeowner's, or renter's insurance .......................... 20c. | |
| | 20d. Maintenance, repair, and upkeep expenses ............................. 20d. | |
| | 20e. Homeowner's association or condominium dues ......................... 20e. | |

| Debtor 1 | Mark | A. | Mincy | Case number (if known) | 13-37142-BKC-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

21. Other. Specify: **See continuation sheet**     21. + $5,737.00

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses. ......... 22. $10,112.00

23. **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from Schedule I. ......... 23a. $10,439.00

   23b. Copy your monthly expenses from line 22 above. ......... 23b. − $10,112.00

   23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income. ......... 23c. $327.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
None.

Official Form B 6J        Schedule J: Your Expenses        page 3

21. Other. Specify:

| | |
|---|---:|
| Alimony | $1,000.00 |
| Child support | $912.00 |
| Portion of child's health insurance | $136.00 |
| Portion of child's school per divorce judgment | $688.00 |
| Child's pre-paid college fund per divorce judgment | $55.00 |
| Life insurance for child per divorce judgment | $40.00 |
| Estimated self-employment taxes on schedule c income | $494.00 |
| Estimated federal income taxes on W-2 income and Subchapter S distributive share | $1,912.00 |
| Family retroactive support per final judgment | $500.00 |
| Total: | $5,737.00 |